Mickey R. CASTILLO, Petitioner

v.

Matthew P. KELLY, Respondent

**No. 3 MAL 2017**

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

Douglas IOVEN, Petitioner

v.

**Chief Thomas NESTEL and SEPTA, Respondents**

**No. 560 EAL 2016**

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

Erik GUMMINGER, Petitioner

**No. 12 EAL 2017**

Supreme Court of Pennsylvania.

June 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.